Form B1 (Official Form 1) - (Rev. 1/08)                                                          2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Ecoly International, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, ano trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  95-4512202 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>21551 Prairie Street<br>Chatsworth, CA<br>ZIP CODE 91311 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

_____

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check **one** box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which**
the Petition is Filed
(Check **one** box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check **one** box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

----------------------------------------

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Form B1 (Official Form 1) (Rev. 1/08)                                          2008 USBC, Central District of California

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Ecoly International, Inc. | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>Sexy Hair Concepts, LLC | Case Number: | Date Filed: |
| District:<br>Central District of California | Relationship:<br>Affiliate | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C**<br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒  No | **Exhibit D**<br>(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |
|---|---|

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

In re Ecoly International, Inc.
Voluntary Petition

Pending Bankruptcy Case Filed by Affiliate of Debtor

| Affiliate | District |
|---|---|
| Luxe Beauty Midco Corporation | Central District of California |

Form B1 (Official Form 1) (Rev. 1/08)                                                                    2008 USBC, Central District of California

| **Voluntary Petition** | Name of Debtor(s): | **FORM B1**, Page 3 |
| --- | --- | --- |
| *(This page must be completed and filed in every case)* | Ecoly International, Inc. | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney**

X **/s/ Scott F. Gautier**
Signature of Attorney for Debtor(s)
Scott F. Gautier
Printed Name of Attorney for Debtor(s)
Peitzman, Weg & Kempinsky LLP
Firm Name
10100 Santa Monica Blvd., Suite 1450
Address
Los Angeles, CA 90067

(310) 552-3100
Telephone Number

12/21/2010          211742
Date                Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
                    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ T. Scott Avila**
Signature of Authorized Individual
T. Scott Avila
Printed Name of Authorized Individual
Chief Restructuring Officer
Title of Authorized Individual
December 21, 2010
Date

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott F. Gautier (CA State Bar Number 211742) <br> Peitzman, Weg & Kempinsky, LLP <br> 10100 Santa Monica Blvd., Suite 1450, Los Angeles, CA 90067 <br> Telephone: 310-552-3100, Facsimile: 310-552-3101 <br><br> ☒ *Attorney for:* Ecoly International, Inc. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: <br>     Ecoly International, Inc. <br><br><br> Debtor(s). | CASE NO.: <br><br> CHAPTER: 11 <br><br> ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

| | |
|---|---|
| ☒   Petition, statement of affairs, schedules or lists | Date Filed: December 21, 2010 |
| ☐   Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☒   Other: Declaration to T. Scott Avila in Support of "First Day" Motions | Date Filed: December 21, 2010 |

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     December 21, 2010
Signature of Authorized Signatory of Filing Party     Date

T. Scott Avila
_____
Printed Name of Authorized Signatory of Filing Party

Chief Restructuring Officer
_____
Title of Authorized Signatory of Filing Party

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     December 21, 2010
Signature of Attorney for Filing Party     Date

Scott F. Gautier
_____
Printed Name of Attorney for Filing Party

# UNANIMOUS WRITTEN CONSENT
# OF DIRECTORS OF
# LUXE BEAUTY MIDCO CORPORATION

The undersigned members of the Board of Directors ("Board") of Luxe Beauty Midco Corporation ("Midco" or "Company"), being all of the directors of the Company, hereby adopt the following resolutions by unanimous written consent, as authorized by applicable law and the Bylaws of the Company:

**WHEREAS**, Midco, Ecoly International Inc. ("Ecoly"), and Sexy Hair Concepts, LLC's ("SHC") (collectively, the "Companies") liabilities far exceed their assets and defaults have been declared by the Companies' senior secured lenders ("Senior Secured Lenders") and subordinated note holders ("Subordinated Lenders");

**WHEREAS**, the Senior Secured Lenders have refused to enter into a forbearance agreement with the Companies and, pursuant to a letter dated December 9, 2010, intend to foreclose on the assets of SHC no later than January 14, 2011, if the Senior Secured Lenders debt is not paid in full, and where the Board has been advised by counsel that such foreclosure could take place upon only 10 days notice;

**WHEREAS,** for the past year, the Companies have unsuccessfully attempted to reach a consensual resolution of their insolvency related issues with the Senior Secured Lenders, Subordinated Lenders and other stakeholders;

**WHEREAS**, this attempt at consensual resolution has resulted in disputes and threats among the Companies, the Senior Secured Lenders, the Subordinated Lenders and other stakeholders, and has not revealed any source for a refinancing of the Companies or a restructuring of their debt;

**WHEREAS**, no buyer has been identified that is willing to purchase substantially all of the assets of SHC outside of a chapter 11 bankruptcy case on terms and conditions that are acceptable;

**WHEREAS**, the Companies' management has indicated that the business may begin to suffer operating and financial difficulties if there is continued uncertainty with respect to the Companies' future;

**WHEREAS**, SHC is a defendant in a time-consuming and expensive industry-wide class action lawsuit, and where the Companies would benefit from the automatic stay, pursuant to 11 U.S.C. § 362, afforded by filing a chapter 11 bankruptcy case;

**WHEREAS**, management believes that the Companies are able to operate on a cash flow positive basis through a chapter 11 process;

**WHEREAS**, the Companies have been preparing to file and operate as debtors-in-possession in a chapter 11 case for the past five months in connection with the investigation of a reorganization or 363 sale process;

**WHEREAS**, the Companies' options within a chapter 11 case would allow for resolution of the Companies' insolvency related issues to maximize value for all creditors and stakeholders and would provide a forum for each creditor and stakeholder to exercise their respective rights and remedies;

**WHEREAS**, SHC has received an offer from a plan sponsor ("Plan Sponsor") to consummate a plan of reorganization on terms reviewed by the Board and heavily negotiated by the Companies that provides for the highest and best value for all stakeholders; and

**WHEREAS**, the Company has determined, for the foregoing reasons, that it is in the best interests of the Company, its creditors, stakeholders and other interested parties, for the Company to file a voluntary petition for relief, under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**THEREFORE, IT IS:**

**RESOLVED,** that the Company is hereby authorized to file voluntary petitions for relief under chapter 11 of the Bankruptcy Code; and it is

**RESOLVED**, that the Company is hereby authorized to employ Peitzman, Weg & Kempinsky LLP, to represent the Company as bankruptcy counsel, Imperial Capital, LLC, to serve as the Company's investment banker, and CRG Capital Partners, LLC, to serve as the Company's financial and restructuring advisors, and such other professional persons as may be necessary; and it is

**RESOLVED**, that T. Scott Avila, in his capacity as Chief Restructuring Officer of the Company, may execute and verify or certify, on behalf of the Company, a petition under chapter 11 and to cause the same to be filed in the appropriate United States Bankruptcy Court at such time as he shall determine is appropriate, and in connection therewith:

a.   Execute and file, or cause to be executed and filed, all petitions, schedules, lists, statements and other papers, and to take or direct any and all action that he deems necessary, proper or desirable in connection with the chapter 11 case for the Company with view toward the successful completion of the case;

b.   Maximize value to creditors and other stakeholders through a plan of reorganization or liquidation or a sale of substantially all of the Companies' assets pursuant to Bankruptcy Code section 363;

c.   Engage the current proposed investor as the Plan Sponsor on terms substantially as set forth in the investment agreement and plan of reorganization provided to the Board on December 15, 2010;

d.      Execute a debtor-in-possession financing agreement with the Senior Secured
Lenders on terms substantially as set forth in the debtor-in-possession
financing agreement negotiated by the Company;

e.      Take or direct all actions as may be necessary or appropriate, and to exercise
all rights, claims, remedies, privileges, and to perform, or cause to be
performed, all duties and obligations, as the Company may have as a debtor
under chapter 11 of the Bankruptcy Code and related rules, and to execute
and deliver, or cause to be executed and delivered, all instruments, petitions,
agreements, certificates and documents in connection therewith, in the name
of and on behalf of the Company, as in his judgment may be necessary or
appropriate to carry out the intent and to accomplish the purpose of these
resolutions; and it is

**RESOLVED**, that after filing the chapter 11 bankruptcy case, the Company's
current officers, Karl-Heinz Pitsch, as Chief Executive Officer, and Mark Milner, as Chief
Financial Officer, will continue to operate the Company in the ordinary course of business.

Dated: December 17, 2010              By: _____
                                   John G. Ball

Dated: December 17, 2010              By: _____
                                   Michael Frow

Dated: December 17, 2010              By: _____
                                   Marilyn Sylvestre

d.      Execute a debtor-in-possession financing agreement with the Senior Secured Lenders on terms substantially as set forth in the debtor-in-possession financing agreement negotiated by the Company;

e.      Take or direct all actions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform, or cause to be performed, all duties and obligations, as the Company may have as a debtor under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver, or cause to be executed and delivered, all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED**, that after filing the chapter 11 bankruptcy case, the Company's current officers, Karl-Heinz Pitsch, as Chief Executive Officer, and Mark Milner, as Chief Financial Officer, will continue to operate the Company in the ordinary course of business.

Dated: December 17, 2010        By: _____
                                            John G. Ball

Dated: December 17, 2010        By: _____
                                            Michael Frow

Dated: December 17, 2010        By: _____
                                            Marilyn Sylvestre

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott F. Gautier (State Bar No. 211742)<br>Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Blvd., Suite 1450, Los Angeles, CA 90067<br>Telephone: 310-552-3100, Facsimile: 310-552-3101<br><br>■ *Attorney for:* Ecoly International, Inc. | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    Ecoly International, Inc.<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:  11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, <u>T. Scott Avila</u>_____, the undersigned in the above-captioned case, hereby declare
      (Print Name of Attorney or Declarant)

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

          ■  I am the president or other officer or an authorized agent of the debtor corporation

          ☐  I am a party to an adversary proceeding

          ☐  I am a party to a contested matter

          ☐  I am the attorney for the debtor corporation

2. a.    ■  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
             class of the corporation's(s') equity interests:

             *[For additional names, attach an addendum to this form.]*

             Luxe Beauty Holdings Corporation, Luxe Beauty Midco Corporation

   b.    ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

<u>/s/ T. Scott Avila</u>_____         <u>12/21/10</u>_____
Signature of Attorney or Declarant                    Date


<u>T. Scott Avila</u>_____
Printed Name of Attorney or Declarant

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

1    Scott F. Gautier (CA State Bar No. 211742)
   *sgautier@pwkllp.com*
2    Lorie A. Ball (CA State Bar No. 210703)
   *lball@pwkllp.com*
3    Thor D. McLaughlin (CA State Bar No. 257864)
   *tmclaughlin@pwkllp.com*
4    PEITZMAN, WEG & KEMPINSKY LLP
   10100 Santa Monica Blvd., Suite 1450
5    Los Angeles, CA  90067
   Telephone: (310) 552-3100
6    Facsimile: (310) 552-3101

7    Proposed Counsel for Debtor and Debtor-in-Possession

8  

                   **UNITED STATES BANKRUPTCY COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

                       **LOS ANGELES DIVISION**

10  

| | |
|---|---|
| In re | Case No.: |
| ECOLY INTERNATIONAL, INC., | Chapter 11 |
|    Debtor. | **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(d); DECLARATION OF T. SCOTT AVILA** |

       The above-captioned debtor  (the "Debtor"), hereby submits the attached List of Creditors Holding 20 Largest Unsecured Claims Pursuant to Federal Rule of Bankruptcy Procedure 1007(d) (the "List").   The List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

       The List was prepared by the Debtor based upon the ongoing review of its books and records. The List, therefore, is subject to amendment if additional information becomes known as a result of the ongoing review of the books and records.

Dated: December 21, 2010                PEITZMAN, WEG & KEMPINSKY LLP


                 By:   /s/ Scott F. Gautier          
                         Scott F. Gautier
              Proposed Attorneys for Debtor and Debtor-in-Possession

1

## DECLARATION OF T. SCOTT AVILA

I, Scott Avila, declare as follows:

1.      I am the Chief Restructuring Officer for the Debtor in the above-captioned matter.  The attached List of Creditors Holding 20 Largest Unsecured Claims (the "List") is true and correct to the best of our information and belief based upon our review of the Debtor's books and records.  If additional information becomes known as a result of the ongoing review of the Debtor's books and records, the List will be promptly amended.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of December, 2010, at Los Angeles, California.


   /s/ T. Scott Avila          
        T. Scott Avila
      CRO of Ecoly International, Inc.

In re Ecoly International, Inc.

| (1)<br>Name of creditor & mailing address | (2)<br>Name, telephone & address of contact | (3)<br>Nature of claim | (4)<br>Contingent, unliquidated, disputed, subject to set off | (5)<br>Amount |
|---|---|---|---|---|
| Northwestern Mutual Life Insurance Company<br><br>720 East Wisconsin Avenue,<br>Milwaukee, Wisconsin 53202 | Bradley Kunath<br>720 E. Wisconsin Ave.<br>Milwaukee, WI  53202 | Subordinated Note | | $24,000,000.00 |

1   Scott F. Gautier (State Bar No. 211742)
    sgautier@pwkllp.com
2   Lorie A. Ball (State Bar No. 210703)
    lball@pwkllp.com
3   Thor McLaughlin (State Bar No. 257864)
    tmclaughlin@pwkllp.com
4   PEITZMAN, WEG & KEMPINSKY LLP
    10100 Santa Monica Boulevard, Suite 1450
5   Los Angeles, CA  90067
    Telephone: (310) 552-3100
6   Facsimile:  (310) 552-3101

7   Proposed Attorneys for Debtors and Debtors in Possession

8

9                    UNITED STATES BANKRUPTCY COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

                     SAN FERNANDO VALLEY DIVISION

11  In re:                                    Case No.:

12  ECOLY INTERNATIONAL, INC.                 Chapter 11

13

14                                            LIST OF EQUITY SECURITY HOLDERS
                Debtor and Debtor in Possession    PURSUANT TO FEDERAL RULE OF
15                                            BANKRUPTCY PROCEDURE 1007(a)(3);
                                              DECLARATION OF T. SCOTT AVILA
16

17

18          The above-captioned debtor hereby submits the attached List of Equity Security Holders

19  pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3).

20

21  Dated: December 21, 2010        PEITZMAN, WEG & KEMPINSKY LLP

22

23                                  By: ___/s/ Scott F. Gautier_____
                                            Scott F. Gautier
24                                          Thor D. McLaughlin
                                    Proposed Attorneys for Ecoly International, Inc.
25

26

27

28

                                        1

## DECLARATION OF T. SCOTT AVILA

I, T. Scott Avila, declare as follows:

1.        I am the Chief Restructuring Officer of the Debtor in the above-captioned matter. The attached List of Equity Security Holders is true and correct to the best of my knowledge, information and belief based upon my review of the Debtor's books and records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 of December, 2010 at Los Angeles, California.

_____
T. Scott Avila
Chief Restructuring Officer
Ecoly International, Inc.

In re Ecoly International, Inc.

## List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class |
|---|---|
| Luxe Beauty Midco Corporation<br>21551 Prairie Street<br>Chatsworth, CA 91311 | 70.54% of common stock |
| Luxe Beauty Holdings Corporation<br>c/o Thoma Cressey Bravo<br>300 N. LaSalle Street<br>Suite 4350<br>Chicago, IL 60654 | 29.46% of common stock |

| Party Name, Address and Telephone Number  *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Scott F. Gautier (CA State Bar No. 211742)<br>Thor D. McLaughlin (CA State Bar No. 257864)<br>Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>Tel:  (310) 522-3100<br>Fax: (310) 552-3101 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    Ecoly International, Inc.<br><br><br>                                            Debtor. | CHAPTER 11<br><br>CASE NUMBER<br><br><br>(No Hearing Required) |
|---|---|

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.      Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

          21551 Prairie Street
          Chatsworth, CA 91311

2.      Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

          21551 Prairie Street
          Chatsworth, CA 91311

3.      Disclose the current business address(es) for all corporate officers:

          21551 Prairie Street                    CRG Partners Group, LLC
          Chatsworth, CA 91311                11835 West Olympic Boulevard
                                                              East Tower Suite 650E
                                                              Los Angeles, CA 90064

4.      Disclose the current business address(es) where the Debtor's books and records are located:

          21551 Prairie Street
          Chatsworth, CA 91311

---

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*                                    **VEN-C**

| In re | CHAPTER 11 |
|---|---|
| Ecoly International, Inc. | |
| Debtor. | CASE NUMBER |

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

      21551 Prairie Street
      Chatsworth, CA 91311

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

      None.

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:

      T. Scott Avila
      Chief Restructuring Officer
      11835 West Olympic Blvd.
      East Tower, Suite 650E
      Los Angeles, CA 90064

8.    Total number of attached pages of supporting documentation:    0

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __21st__ day of __December__, 20 _10_, at __Los Angeles__, California.

__T. Scott Avila__
*Type Name of Officer*

__Chief Restructuring Officer__
*Position or Title of Officer*

__/s/ T. Scott Avila__
*Signature of Declarant*

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.   Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    In re Sexy Hair Concepts, LLC.; chapter 11 case; filed 12/21/10; Central District of California, San Fernando Valley Division

    In re Luxe Beauty Midco Corporation.; chapter 11 case; filed 12/21/10; Central District of California, San Fernando Valley Division

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Los Angeles  , California.

/s/T. Scott Avila
*Debtor*

Dated  12/21/10

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 1015-2.1**

Scott F. Gautier (State Bar No. 211742)
*sgautier@pwkllp.com*
Lorie A. Ball (State Bar No. 210703)
*lball@pwkllp.com*
Thor D. McLaughlin (State Bar No. 257864)
*tmclaughlin@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile:  (310) 552-3101

Proposed Attorneys for the Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

In re:

Ecoly International, Inc., a California corporation,


                    Debtor and Debtor in Possession

Case No.:

Chapter 11


**DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES**

          Ecoly International, Inc. (the "Debtor"), hereby submits its Schedules of Assets and Liabilities
(the "Schedules").   The Debtor is the sole managing member of a limited liability company that
operates a hair care product design and distribution business.  Since November, 2008, and January,
2009, respectively, the business has been managed by Karl-Heinz Pitsch, as Chief Executive Officer,
(the "CEO") and Mark Milner, as Chief Financial Officer, who are responsible for maintaining the
books and records associated with the business.  In addition, T. Scott Avila was hired in October,
2009, as the Chief Restructuring Officer to help manage the Debtor.  Based on the information
available to these executives, the Debtor has attempted to provide complete and accurate information,
but no assurance can be made that the information is complete and accurate, as the books and records
of the Debtor have not been audited or verified.  The Debtor is, however, continuing to review and
update the books and records and other financial information, and the information provided in the
Schedules may need to be augmented or corrected in the future.  Nothing contained in or omitted from

1

the Schedules constitutes or should be deemed an admission by the Debtor, and the Debtor reserves the right to amend the Schedules periodically to the extent necessary to reflect new or additional information.

Any failure to designate a claim or lien listed on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or lien is not "disputed," "contingent," or "unliquidated."   The Debtor reserves the right to dispute, or to assert offsets or defenses to, (i) any claim reflected on the Schedules as to amount, liability, priority, or classification, or (ii) any lien reflected on the Schedules as to validity, priority, or extent, or to otherwise subsequently designate any claim or lien as "disputed," "contingent," or "unliquidated." Similarly, the designation of a contract or lease as "executory" does not constitute an admission by the Debtor that such contract or lease exists or is in fact "executory," and the Debtor reserves the right to dispute that such contract or lease exists or is in fact "executory."

Dated: December 21, 2010           PEITZMAN, WEG & KEMPINSKY LLP

By:     /s/ Scott F. Gautier
        Scott F. Gautier
        Lorie A. Ball
        Thor D. McLaughlin
Proposed Attorneys for the Debtor and    Debtor in Possession

Form B6 - Summary (12/07)                                                    2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Case No.: |
|---|---|
| Ecoly International Inc.                                          Debtor. | (If known) |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | Y | 1 | $ 0.00 | | |
| B- | Personal Property | Y | 3 | $2,684,496.41 | | |
| C- | Property Claimed as Exempt | N | 0 | | | |
| D- | Creditors Holding Secured Claims | Y | 1 | | $62,580,138.16 | |
| E- | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Y | 2 | | $0.00 | |
| F- | Creditors Holding Unsecured Nonpriority Claims | Y | 1 | | $ 27,043,236 | |
| G- | Executory Contracts and Unexpired Leases | Y | 2 | | | |
| H- | Codebtors | Y | 1 | | | |
| I- | Current Income of Individual Debtor(s) | N | — | | | $ — |
| J- | Current Expenditures of Individual Debtors(s) | N | — | | | $ — |
| | TOTAL | | 11 | $ 2,684,496.41 | $88,746,019.68 | |

| Form B6A (12/07) | | | | 2007 USBC, Central District of California |
|---|---|---|---|---|
| In re | Ecoly International, Inc. | | Case No.: | |
| | | Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total ➤ | $0.00 | |

(Report also on Summary of Schedules.)

In re
Ecoly International, Inc.

Debtor.

Case No.:

(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

In re

Ecoly International, Inc.

Debtor.

Case No.:

(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 13. Membership Interest in Sexy Hair Concepts, LLC | | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 18. Estimated federal income tax refund due for calendar year 2009 | | $353,000 (est.) |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | 23. Jim Morrison Note plus Interest | | $2,331,496.41 (est.) |

| In re | | | | Case No.: | |
|---|---|---|---|---|---|
| Ecoly International, Inc. | | | | | |
| | | | Debtor. | | (If known) |

# SCHEDULE B -PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 24. | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. | Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. | Boats, motors, and accessories. | X | | | |
| 27. | Aircraft and accessories. | X | | | |
| 28. | Office equipment, furnishings, and supplies. | X | | | |
| 29. | Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. | Inventory. | X | | | |
| 31. | Animals. | X | | | |
| 32. | Crops - growing or harvested. Give particulars. | X | | | |
| 33. | Farming equipment and implements. | X | | | |
| 34. | Farm supplies, chemicals, and feed. | X | | | |
| 35. | Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached          Total ➤    $ 2,684,496.41

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

| In re | | |
|---|---|---|
| Ecoly International, Inc. | | Case No.: |
| | Debtor. | (If known) |

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Bank of Montreal, as Administrative and Collateral Agent 115 S. LaSalle St., 12W Chicago, IL 60603 | X | | Date Claim Incurred: 4/9/08 Description: All assets Value $ 2,684,496.41 | | | | Not less than $62,580,138.16 | |
| Last four digits of ACCOUNT NO. | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | Value $ | | | | | |

_0_ Continuation Sheets attached

Subtotal (Total of this page) ➤ | $ 62,580,138.16 |

Total (Use only last page) ➤ | $ 62,580,138.16 |

(Report total also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6E - (Case 12/07)

Case 10-bk-25919-GM    Doc 1    Filed 12/21/10    Entered 12/21/10 10:43:43    Desc
Main Document    Page 28 of 63
100 U.S.C. §152 in 3 District of California

In re  Ecoly International, Inc.

Debtor.

Case No.:

(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**: Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**: Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**: Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**: Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**: Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**: Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

Form B6E - (Rev. 12/07)

| In re | | 100 U.S.C. § 143 District of California |
|---|---|---|
| Ecoly International, Inc. | | Case No.: |
| | Debtor. | (If known) |

☐ **Taxes and Certain Other Debts Owed to Governmental Units**:  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**:  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**:  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

 *Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____  Continuation Sheets attached

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

| In re | Ecoly International, Inc. | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Northwestern Mutual Life Insurance Company<br>720 East Wisconsin Avenue<br>Milwaukee, Wisconsin 53202 | X | | April 9, 2008 | | | | $24,000,000 |
| Last four digits of ACCOUNT NO.<br><br>Sexy Hair Concept, LLC<br>21551 Prairie St.,<br>Chatsworth, CA 91311 | | | | | | x | $3,043,236.00 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |

| | | |
|---|---|---|
| | Subtotal ➤ | $ 27,043,236 |
| 0  Continuation Sheets attached | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ 27,043,236 |

Form B6G - (12/07)                                                    2007 USBC, Central District of California

| In re | | Case No.: |
|---|---|---|
| Ecoly International, Inc. | | |
| | Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bank of Montreal, as Administrative and Collateral Agent<br>115 S. LaSalle St., 12W<br>Chicago, IL 60603<br><br>Sexy Hair Concepts, LLC<br>21551 Prairie St., Chatsworth, CA 91311<br><br>Luxe Beauty Midco Corporation<br>21551 Prairie St., Chatsworth, CA 91311<br><br>Luxe Beauty Holdings Corporation<br>c/o Thoma Bravo<br>300 N. La Salle Street<br>Suite 4350, Chicago, Il 60654 | Credit Agreement<br>Dated: April 9, 2008<br>Security Agreement<br>Dated: April 9, 2008<br>Pledge Agreement<br>Dated: April 9, 2008 |
| The Northwestern Mutual Life Insurance Company<br>720 East Wisconsin Avenue<br>Milwaukee, WI 53202<br><br>Sexy Hair Concepts, LLC<br>21551 Prairie St., Chatsworth, CA 91311<br><br>Luxe Beauty Midco Corporation<br>21551 Prairie St., Chatsworth, CA 91311<br><br>Luxe Beauty Holdings Corporation<br>c/o Thoma Bravo<br>300 N. La Salle Street<br>Suite 4350, Chicago, Il 60654 | Securities Purchase and Guaranty Agreement<br>Dated: April 9, 2008 |

Form B6G - (12/07)                                                          2007 USBC, Central District of California

| In re | | Case No.: |
|---|---|---|
| Ecoly International, Inc. | | |
| | Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Green Hasson & Janks LLP<br>10990 Wilshire Blvd, 16th Floor<br>Los Angeles, CA 90024-3929 | Engagement Letter Agreement<br>Dated: June 14, 2010 |
| CRG Partners Group, LLC<br>11835 West Olympic Boulevard<br>East Tower, Suite 650E<br>Los Angeles, CA 90064 | Engagement Letter<br>Dated: July 22, 2009<br>Amendment #2 to Engagement Letter<br>Dated:  July 13, 2010<br>Amendment #3 to Engagement Letter<br>Dated:  July 13, 2010 |
| Imperial Capital, LLC<br>2000 Avenue of the Stars, 9th Floor South<br>Los Angeles, CA 90067 | Engagement Letter<br>Dated: October 12, 2009<br>Amendment to Engagement Letter<br>Dated:  July 13, 2010 |
| Peitzman, Weg & Kempinsky, LLP<br>10100 Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067 | Engagement Letter<br>Dated: July 13, 2010<br>Amendment to Engagement Letter<br>Dated: September 20, 2010 |
| Crowe Horwath, LLP<br>15233 Ventura Blvd, Ninth Floor<br>Sherman Oaks, CA 91403 | Engagement Letter<br>Dated: February 16, 2010 |
| Armstrong McCall, L.P.<br>PO Box 17068<br>5010 Burleson Road<br>Austin, TX 78760 | Domestic Distribution Agreement<br>Dated: September 24, 2002 |
| Arnold's, Inc. (Assignor)<br>8023 Interstate 30<br>Little Rock, AR 72219 | Domestic Distribution Agreement<br>Dated: September 26, 2000 |

Form B6H - (12/07)                                                                                2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Ecoly International, Inc. | |
| Debtor. | (If known) |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Luxe Beauty Holdings Corporation<br>c/o Thoma Cressey Bravo Inc.<br>300 N. La Salle Street<br>Suite 4350<br>Chicago, IL 60654 | Bank of Montreal, as<br>Administrative and Collateral Agent<br>115 S. LaSalle St., 12W<br>Chicago, IL 60603<br><br>Northwestern Mutual Life Insurance Company<br>720 East Wisconsin Avenue<br>Milwaukee, Wisconsin 53202 |
| Luxe Beauty Midco Corporation<br>21551 Prairie St.,<br>Chatsworth, CA 91311 | Bank of Montreal, as<br>Administrative and Collateral Agent<br>115 S. LaSalle St., 12W<br>Chicago, IL 60603<br><br>Northwestern Mutual Life Insurance Company<br>720 East Wisconsin Avenue<br>Milwaukee, Wisconsin 53202 |
| Sexy Hair Concepts, LLC<br>21551 Prairie St.<br>Chatsworth, CA 91311 | Bank of Montreal, as<br>Administrative and Collateral Agent<br>115 S. LaSalle St., 12W<br>Chicago, IL 60603<br><br>Northwestern Mutual Life Insurance Company<br>720 East Wisconsin Avenue<br>Milwaukee, Wisconsin 53202 |

| In re | Ecoly International, Inc. | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____  Signature: _____
                                                          Debtor

Date _____  Signature: _____
                                                          (Joint Debtor, if any)
                                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No.
                                                          (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
_____
Address

X _____    _____
   Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the corporation [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 12 sheets, and that they are true and correct to the best of my knowledge, information, and belief. (Total shown on summary page plus 1.)

Date December 21, 2010    Signature: /s/ T. Scott Avila

                                          T. Scott Avila
                                          [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Scott F. Gautier (State Bar No. 211742)
*sgautier@pwkllp.com*
Lorie A. Ball (State Bar No. 210703)
*lball@pwkllp.com*
Thor D. McLaughlin (State Bar No. 257864)
*tmclaughlin@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA  90067
Telephone: (310) 552-3100
Telecopier: (310) 552-3101

Proposed Attorneys for the Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: |
| | Chapter 11 |
| Ecoly International, Inc., a California corporation, | |
| | **DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS** |
| Debtor and Debtor in Possession | |

Ecoly International, Inc. (the "Debtor"), hereby submits its Statement of Financial Affairs (the "Statement of Financial Affairs").  The Debtor is a parent company of a limited liability company that operates a hair care product design and distribution business.  Since November, 2008, and January, 2009, the business has been managed by Karl-Heinz Pitsch, as Chief Executive Officer, (the "CEO") and Mark Milner, as Chief Financial Officer, respectively, who are responsible for maintaining the books and records associated with the Debtor.  In addition, T. Scott Avila was hired in November, 2009, as the Chief Restructuring Officer, to help manage the Debtor.  Based on the information available to these executives, the Debtor has attempted to provide complete and accurate information, but no assurance can be made that the information is complete and accurate, as the books and records of the Debtor have not been audited or verified.  The Debtor is, however, continuing to review and update the books and records and other financial information, and the information provided in the Statement of Financial Affairs, and the attached schedules, may need to be augmented or corrected in

1

the future.  Nothing contained in or omitted from the Statement of Financial Affairs and attached schedules constitutes or should be deemed an admission by the Debtor, and the Debtor reserves the right to amend the Statement of Financial Affairs and attached schedules periodically to the extent necessary to reflect new or additional information.

Any failure to designate a claim or lien listed on the Statement of Financial Affairs as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or lien is not "disputed," "contingent," or "unliquidated."  The Debtor reserves the right to dispute, or to assert offsets or defenses to, (i) any claim reflected on the Statement of Financial Affairs as to amount, liability, priority, or classification, or (ii) any lien reflected on the Statement of Financial Affairs as to validity, priority, or extent, or to otherwise subsequently designate any claim or lien as "disputed," "contingent," or "unliquidated."  Similarly, the designation of a contract or lease as "executory" does not constitute an admission by the Debtor that such contract or lease exists or is in fact "executory," and the Debtor reserves the right to dispute that such contract or lease exists or is in fact "executory."

Dated: December 21, 2010                    PEITZMAN, WEG & KEMPINSKY LLP

                                            By:___/s/ Scott F. Gautier_____
                                                Scott F. Gautier
                                                Lorie A. Ball
                                                Thor D. McLaughlin
                                            Proposed Attorneys for the Debtor and    Debtor
                                            in Possession

Statement of Financial Affairs (Form 7) - Page 1 - (Rev. 12/07)                    2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | | Case No.: |
|---|---|---|
| Ecoly International, Inc. | Debtor. | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

# Definitions

**"In business."**  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

**"Insider."**  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

1.    **Income from Employment or Operation of Business**

None
[X]        State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

Statement of Financial Affairs (Form 7) - Page 2 - (Rev. 12/07)                    2007 USBC, Central District of California

**2.       Income Other than from Employment or Operation of Business**

None      State the amount of income received by the debtor other than from employment, trade, profession, operation of the
☐         debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If
          a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter
          13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and
          a joint petition is not filed.)

                              AMOUNT                                                          SOURCE


          See attached Schedule 2

---

**3.       Payments to Creditors**

          *Complete a. or b., as appropriate, and c.*

None      a.   Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of
☒              goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement
               of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
               Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation
               or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor
               counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
               spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|                                     | DATES OF | AMOUNT | AMOUNT |
|-------------------------------------|----------|--------|--------|
| NAME AND ADDRESS OF CREDITOR        | PAYMENTS | PAID   | STILL OWING |

---

None      b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
☒              within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property
               that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an
               asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of
               an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.
               (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both
               spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|                                     | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|-------------------------------------|------------------------------|-----------------------------------|--------------------|
| NAME AND ADDRESS OF CREDITOR        |                              |                                   |                    |

Statement of Financial Affairs (Form 7) - Page 3 - (Rev. 12/07)                                      2007 USBC, Central District of California

None   c.   All debtors:  List all payments made within **one year** immediately preceding the commencement of this case to or
☒         for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
          include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
          separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.      Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

None   a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☒         preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
          information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
          separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

None   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
☒         year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
          13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
          unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.      Repossessions, Foreclosures and Returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
☒      of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
        (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | DATE OF REPOSSESSION, |  |
| NAME AND ADDRESS | FORECLOSURE SALE, | DESCRIPTION AND |
| OF CREDITOR OR SELLER | TRANSFER OR RETURN | VALUE OF PROPERTY |

**6.      Assignments and Receiverships**

None    a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☒          commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment
           by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
           petition is not filed.)

| NAME AND ADDRESS | DATE OF | TERMS OF ASSIGNMENT |
| OF ASSIGNEE | ASSIGNMENT | OR SETTLEMENT |

None    b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☒          immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
           must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
           the spouses are separated and a joint petition is not filed.)

|  | NAME AND LOCATION | DATE OF | DESCRIPTION |
| NAME AND ADDRESS | OF COURT | ORDER | AND VALUE OF |
| OF CUSTODIAN | CASE TITLE AND NUMBER |  | PROPERTY |

**7.**  **Gifts**

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case
☒       except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
        and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or
        chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
        the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.**  **Losses**

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☒       of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must
        include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
        a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.**  **Payments Related to Debt Counseling or Bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐       consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
        within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See attached Schedule 9

## 10.    Other Transfers

None   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of
☐        the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement
        of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Sexy Hair Concepts, LLC<br>21551 Prairie Street<br>Chatsworth, CA 91311<br>Relationship: Affiliate | September 7, 2010 | Patent - Grant/App, Number D412836 |

None   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
☒        to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11.    Closed Financial Accounts

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
☒    closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include
    checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
    held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
    institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
    instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
    separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.    Safe Deposit Boxes**

None
☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.    Setoffs**

None
☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.    Property Held for Another Person**

None
☒    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.    Prior Address of Debtor**

None    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which
☐    the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is   filed,
report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 9232 Eton Ave.<br>Chatsworth, CA 91311 | Ecoly International, Inc. | End date 8/30/08 |

**16.    Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☒    California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former
spouse who resides or resided with the debtor in the community property state.

NAME

**17.    Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit
☒         that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental
unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 9 - (Rev. 12/07)                                      2007 USBC, Central District of California

None  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release
☒     of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☒     respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
      was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |

## 18.    Nature, Location and Name of Business

None  a.  *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☐     and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
      executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession,
      or other activity either full- or part-time within **six years** immediately preceding the commencement of this case,
      or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately
      preceding the commencement of this case.

      *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
      and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
      of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

      *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
      and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
      of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN¹ OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Sexy Hair Concepts, LLC | 52-2355406 | 21551 Prairie St. Chatsworth, CA 91311 | Haircare Products | 8/16/01 - Present |

None    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as     defined
☒         in 11 U.S.C. § 101.

          NAME                                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor
who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer,
director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner,
other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either
full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as
defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business
within those six years should go directly to the signature page.)*

---

19.    **Books, Records and Financial Statements**

None    a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy
☐         case kept or supervised the keeping of books of account and records of the debtor.

          NAME AND ADDRESS                                DATES SERVICES RENDERED
          Green, Hasson & Janks, LLP                      3/17/2008, 3/27/2009, 5/14/2010
          10990 Wilshire Blvd.
          16th Floor
          Los Angeles, CA 90024

---

None    b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have
☐         audited the books of account and records, or prepared a financial statement of the debtor.

          NAME                       ADDRESS                    DATES SERVICES RENDERED
          Green, Hasson & Janks, LLP    10990 Wilshire Blvd.         3/17/2008, 5/14/2010
                                        16th Floor
                                        Los Angeles, CA 90024

---

None    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of
☐         account and records of the debtor.  If any of the books of account and records are not available, explain.

          NAME                                              ADDRESS

          Ecoly International, Inc.                          21551 Prairie St.
                                                             Chatsworth, CA 91311

          Green, Hasson & Janks, LLP                         10990 Wilshire Blvd.
                                                             16th Floor
                                                             Los Angeles, CA 90024

---

None  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐      financial statement was issued by the debtor within **two years** immediately preceding the commencement of this
       case.

       NAME AND ADDRESS                                         DATE ISSUED

       See attached Schedule 19-d

---

**20.    Inventories**

None  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☒      of each inventory, and the dollar amount and basis of each inventory.

|                     |                      | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---------------------|----------------------|--------------------------------------------------------------------|
| DATE OF INVENTORY   | INVENTORY SUPERVISOR |                                                                    |

---

None  b.  List the name and address of the person having possession of the records of each of the inventories reported
☒      in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-----------------------------------------------------|

---

**21.    Current Partners, Officers, Directors and Shareholders**

None  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
☒      partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|-------------------------|

Statement of Financial Affairs (Form 7) - Page 12 - (Rev. 12/07)                                          2007 USBC, Central District of California

None   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or
☐       indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

      NAME AND ADDRESS            TITLE            NATURE AND PERCENTAGE
                                                       OF STOCK OWNERSHIP

      See attached Schedule 21-b

---

**22.**     **Former Partners, Officers, Directors and Shareholders**

None   a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
☒       preceding the commencement of this case.

      NAME                  ADDRESS               DATE OF WITHDRAWAL

---

None   b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
☒       **one year** immediately preceding the commencement of this case.

      NAME AND ADDRESS            TITLE            DATE OF TERMINATION

---

**23.**     **Withdrawals from a Partnership or Distributions by a Corporation**

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
☒       including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
      during **one year** immediately preceding the commencement of this case.

         NAME AND ADDRESS                              AMOUNT OF MONEY
           OF RECIPIENT,              DATE AND PURPOSE           OR DESCRIPTION
      RELATIONSHIP TO DEBTOR         OF WITHDRAWAL         AND VALUE OF PROPERTY

**24.  Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
☐       consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
        preceding the commencement of the case.

        NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

         Luxe Beauty Holdings Corporation                            35-2329197

---

**25.  Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which
☒       the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding
        the commencement of the case.

        NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

● ● ● ● ● ● ● ● ●

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature _____
                                                         *Debtor*

Date _____     Signature _____
                                                         *Joint Debtor (if any)*

--------------------------------------------------------------------------------------------------

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___December 21, 2010_____     Signature ___/s/ T. Scott Avila_____

                                                         T. Scott Avila, Chief Restructuring Officer
                                                         Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____4_____ continuation sheets added

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

--------------------------------------------------------------------------------------------------

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
### (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Complete Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

_____     _____
*Signature of Bankruptcy Petition Preparer*     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document if the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.***

In re Ecoly International, Inc.
Statement of Financial Affairs

**Schedule 2**
**Income Other than from Employment or Operation of Business**
**Intercompany Transfers from Sexy Hair, LLC to Ecoly International, Inc.**

| Purpose | Amount | Source |
|---|---|---|
| Fund transfer to Ecoly account – bank maintenance fees, minimum account balance | $2,000 | Sexy Hair Concepts, LLC |
| Fund transfer to Ecoly account - bank maintenance fees, minimum account balance | $1,000 | Sexy Hair Concepts, LLC |
| Fund transfer to Ecoly account - bank maintenance fees, minimum account balance | $1,000 | Sexy Hair Concepts, LLC |
| Franchise Tax Board - Ecoly 2008 tax payment | $157,000 | Sexy Hair Concepts, LLC |
| IRS - Ecoly 2008 tax payment | $383,000 | Sexy Hair Concepts, LLC |

In re Ecoly International, Inc.
Statement of Financial Affairs

**Schedule 9**
**Payments Related to Debt Counseling or Bankruptcy**

Services were provided jointly and severally to Sexy Hair Concepts, LLC, Ecoly International, Inc. ("Ecoly"), and Luxe Beauty Midco Corporation.  Services performed on behalf of Ecoly were relatively minor and merely incidental to the significant services performed for Sexy Hair Concepts, LLC.  All fees and expenses for services performed were billed to and paid by Sexy Hair Concepts, LLC.

In re Ecoly International, Inc.
Statement of Financial Affairs

## Schedule 19-d – Issuing of Financial Statement

| Name | Address | Address 2 | City | State | ZIP Code | Date Issued |
|------|---------|-----------|------|-------|----------|-------------|
| FTI CONSULTING, INC | PO BOX 631916 | | BALTIMORE | MD | 21263 | February-09 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES CA | | 90067 | October-09 |
| ADMINISTAFF COMPANIES INC | PO BOX 200634 | HO | USTON | TX | 77216 | March-09 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | BOST | ON | MA | 2110 | July-09 |
| Tatum | 2321 Rosecrans Ave | Suite 2215 | El Segundo | CA | 90245 | October-09 |
| Thoma Cressey Bravo | 300 N. LaSalle Street | Suite 4350 | CHICAGO | IL | 60654 | December-08 |
| GREEN HASSON &JANKS LLP | 10990 WILSHIRE BLVD, 16TH FLR | | LOS ANGELES | CA | 90024-3929 | December-08 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | SUITE 1450 | LOS ANGELES | CA 9 | 0067 | March-10 |
| KPMG LLP | 355 South Grand Ave | Suite 2000 | Los Angeles | CA | 90071 | March-10 |
| RSM McGladery | 8000 Towers Crescent Dr | Suite 500 | Vienna | VA | 22182 | April-10 |
| Northwestern Mutual Life Insurance Company | 720 East Wisconsin Avenue, | | Milwaukee | Wisconsin | 53202 | Multiple |
| Bank of Montreal, as Administrative and Collateral Agent | 115 S LaSalle St, 12w | Chicago | | Illinois | 60603 | Multiple |

In re Ecoly International, Inc.
Statement of Financial Affairs

## Schedule 21-b

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| Luxe Beauty Midco Corporation 21551 Prairie Street Chatsworth, CA 91311 | Shareholder | 70.54% |
| Luxe Beauty Holdings Corporation c/o Thoma Cressey Bravo 300 N. LaSalle Street Chicago, IL 60654 | Shareholder | 29.46% |
| Karl Heinz Pitsch 21551 Prairie Street Chatsworth, CA 91311 | CEO and President | 0% |
| Mark Milner 21551 Prairie Street Chatsworth, CA 91311 | Chief Financial Officer | 0% |
| T. Scott Avila 11835 West Olympic Blvd. East Tower, Suite 650E Los Angeles, CA 90064 | Chief Restructuring Officer | 0% |
| Mike Frow 638 Crane Prairie Way, Osprey,  FL  34229 | Director | 0% |
| Marilyn Sylvestre 676 Crane Prairie Way, Osprey,  FL  34229 | Director | 0% |
| John G. Ball 2911 Turtle Creek Blvd., Suite 300, Dallas, TX  75219 | Director | 0% |

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| Ecoly International, Inc. | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 0

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 0

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 0.00

2. The source of the compensation paid to me was:

   ☐ Debtor          ☐ Other *(specify)*      N/A

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☒ Other *(specify)*      Sexy Hair Concepts, LLC

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;~~

   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

   e. ~~[Other provisions as needed].~~

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)**                    1998 USBC, Central District of California

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

      Any services to be performed during the pendency of the bankruptcy case.

---

<div style="border:1px solid black;">

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  December 21, 2010 _____      /s/ Scott F. Gautier _____
*Date*                                                *Signature of Attorney*

                                            Peitzman, Weg & Kempinsky LLP _____
                                            *Name of Law Firm*

</div>

Verification of Creditor Mailing List - (Rev. 10/05)                                          2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  Thor D. McLaughlin/ Peitzman, Weg & Kempinsky LLP

Address  10100 Santa Monica Blvd., Los Angeles, CA 90067

Telephone  (310) 552-3100

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years):<br><br>Ecoly International, Inc. | Case No.: <br>--- <br>Chapter:  11 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __6__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  December 21, 2010

_Ecoly International, Inc._
Debtor

Attorney (if applicable)

Joint Debtor

Ecoly International Inc
21551 Prairie Street
Chatsworth, CA 91311


Peitzman Weg & Kempinsky LLP
10100 Santa Monica Blvd
Suite 1450
Los Angeles, CA 90067


Office of the United States Trustee
725 S Figueroa Street
Suite 2600
Los Angeles, CA 90017

Administaff Companies Inc
PO Box 200634
Houston, TX 77216


Armstrong McCall LP
PO Box 17068
5010 Burleson Road
Austin, TX 78760


Arnolds Inc
8023 Interstate 30
Little Rock, AR 72219


Bank of Montreal
Administrative & Collateral Agent
115 S LaSalle St 12W
Chicago, IL 60603


Bruce A Olson
BBI Group Inc
8235 Forsyth Blvd Suite 901
St Louis, MO 63105


CRG Partners Group LLC
11835 West Olympic Blvd
East Tower Suite 650E
Los Angeles, CA 90064


CRG Partners Group LLC
2 Atlantic Ave
Boston, MA 02110

Luxe Beauty Midco Corporation
21551 Prairie St
Chatsworth, CA 91311


FTI Consulting Inc
PO Box 631916
Baltimore, MD 21263


Goodwin Procter LLP
Attention J Hovey Kemp
901 New York Avenue NW
Washington, DC 20001


Green Hasson and Janks LLP
10990 Wilshire Blvd 16th Flr
Los Angeles, CA 90024-3929


Imperial Capital
2000 Ave of the Stars 9th Fl South
Los Angeles, CA 90067


James Morrison
21815 Ulmus Drive
Woodland Hills, CA 91364


John G Ball
2911 Turtle Creek Blvd Suite 300
Dallas, TX 75219


KPMG LLP
355 South Grand Ave Suite 2000
Los Angeles, CA 90071

Karl Heinz Pitsch
21551 Prairie Street
Chatsworth, CA 91311


Linda L Von Allmen
9 Isla Bahia Drive
Fort Lauderdale, FL 33316


Luxe Beauty Holdings Corporation
Attn Thoma Cressey Bravo Inc
300 N La Salle Street Suite 4350
Chicago, IL 60654


Marilyn Sylvestre
676 Crane Prairie Way
Osprey, FL 34229


Mark Milner
21551 Prairie Street
Chatsworth, CA 91311


Mike Frow
638 Crane Prairie Way
Osprey, FL 34229


Northwestern Mutual Life Insurance
720 E Wisconsin Avenue
Milwaukee, WI 53202


PPM America Private Equity Fund
Attention Austin Krumpfes
225 West Wacker Dr Suite 1200
Chicago, IL 60606

RSM McGladery
8000 Towers Crescent Dr Suite 500
Vienna, VA 22182


Reed Smith LLP
Attention James J Greenberger Esq
10 South Wacker Drive 40th Floor
Chicago, IL 60606


Schiff Hardin LLP
Attention Andrew A Kling Esq
6600 Sears Tower
Chicago, IL 60606


Sexy Hair Concepts LLC
21551 Prairie St
Chatsworth, CA 91311


Stinson Morrison Hecker LLP
Attention Philip G Kaplan Esq
168 North Meramec Ave Suite 400
St Louis, MO 63105


T Scott Avila
11835 West Olympic Blvd
East Tower Suite 650E
Los Angeles, CA 90064


Tatum
2321 Rosecrans Ave Suite 2215
El Segundo, CA 90245

Thoma Cressey Bravo Inc
Attention Carl D Thoma
300 N La Salle Street Suite 4350
Chicago, IL 60654


Crowe Horwath LLP
15233 Ventura Blvd 9th Floor
Sherman Oaks, CA 91403


Franchise Tax Board
Attn Ron Balek
600 W Santa Ana Blvd Ste No 300
Santa Ana, CA 92701


Franchise Tax Board
Po Box 942857
Sacramento, CA 94257-0601


Internal Revenue Service
Post Office Box 30507
Los Angeles, CA 90030-0507